# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*** 

| | |
|---|---|
| Evan Eugene Moore,<br><br>          Plaintiff(s),<br><br>v.<br>Jerry Howell, et al.,<br><br>          Defendant(s). | 2:19-cv-02108-GMN-VCF<br>**ORDER** |

Before the court are plaintiff's notice (ECF NO. 93) and defendants' notice of compliance (ECF NO. 94).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on plaintiff's notice (ECF NO. 93) and defendants' notice of compliance (ECF NO. 94), is scheduled for **11:00 AM, October 17, 2023**, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that the Attorney General's Office will make the necessary arrangements for Plaintiff Evan Eugene Moore to appear by video conference. Plaintiff Moore may appear by telephone, if video conference is not possible at his facility. Mr. Samuel Pezone must coordinate with Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov regarding this arrangement by noon, October 12, 2023.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by October 12, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 15th day of September 2023.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2