AARON D. FORD
  Attorney General
SAMUEL L. PEZONE JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVAN EUGENE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-02108-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    Plaintiff, Evan Eugene Moore, and Defendants, Alejandro Aria-Flores, Josue Ybarra, and Derrick Kelly, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and order that the above-captioned action is dismissed with prejudice as to all claim against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 11th day of January, 2024.    DATED this 11th day of January, 2024.

                                                  AARON D. FORD
                                                  Attorney General

By: /s/ *Evan Moore #1018402*        By: */s/ Samuel L. Pezone Jr.*
Evan Eugene Moore #1018402         SAMUEL L. PEZONE JR. (Bar No. 15978)
Plaintiff, Pro Se                                 Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this 24 day of January, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Page **1** of **1**